UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/
Related cases:
08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____/

### PLAINTIFF, C.L.'S NOTICE OF WITHDRAWING SUBPOENA SERVED ON MARITZA MILAGROS VASQUEZ AND CANCELLING DEPOSITION SCHEDULED FOR JUNE 15, 2010

Plaintiff, C.L., by and through her undersigned counsel, hereby gives notice of withdrawing the Subpoena for Deposition directed to Maritza Milagros Vasquez and, further, gives notice of canceling the deposition of Maritza Milagros Vasquez scheduled for June 15, 2010 in the C.L. v. Epstein, Case No. 10-80447-CIV-Marra/Johnson pending in the United States District Court, Southern District of Florida.

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

    s/SPENCER T. KUVIN
    SPENCER T. KUVIN (Florida Bar No.: 089737)
    Email: skuvin@leopoldkuvin.com
    Leopold~Kuvin, P.A.
    2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, FL 33410
    (561) 515-1400; (561) 515-1401 (facsimile)
    Attorneys for Plaintiff, C.L.

Certificate of Service
Jane Doe No. 2 v. Jeffrey Epstein
Case No. 08-CV-80119-MARRA/JOHNSON

Stuart S. Mermelstein, Esq.
Adam D. Horowitz, Esq.
Mermelstein & Horowitz, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
305-931-2200
Fax: 305-931-0877
ssm@sexabuseattorney.com
ahorowitz@sexabuseattorney.com
*Counsel for Plaintiffs
In related Cases Nos. 08-80069, 08-80119,
08-80232, 08-80380, 08-80381, 08-80993,
08-80994*

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Counsel for Defendant Jeffrey Epstein*

Robert D. Critton, Jr., Esq.
Florida Bar No. 224162
rcrit@bclclaw.com
Michael J. Pike, Esq.
Florida Bar No. 617296
mpike@bclclaw.com
Burman, Critton, Luttier & Coleman
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561-842-2820
561-515-3148 Fax
Counsel for Defendant Jeffrey Epstein

Brad Edwards, Esq.
Rothstein Rosenfeldt Adler
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, FL 33301
Phone: 954-522-3456
Fax: 954-527-8663
bedwards@rra-law.com
*Counsel for Plaintiff in Related Case No.
08-80893*

Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
*Co-counsel for Plaintiff Jane Doe*

Isidro M. Garcia, Esq.
Garcia Law Firm, P.A.
224 Datura Street, Suite 900
West Palm Beach, FL 33401
561-832-7732
561-832-7137 F
isidrogarcia@bellsouth.net
*Counsel for Plaintiff in Related Case No.
08-80469*